IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

EMMA LOPEZ,

    Plaintiff,

vs.

AMERICAN EXPRESS CENTURION BANK, BANK OF AMERICA, FIA CARD SERVICES, TRANS UNION LLC, EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS INC., NATIONWIDE CREDIT, INC.,

    Defendants.

No. 1:13-cv-00357-PJK-LFG

ORDER

    THIS MATTER came on for consideration of Defendant Trans Union LLC's Motion to Dismiss Injunctive Relief and Treble Damages Claims filed May 9, 2013. Doc. 22. Plaintiff has not filed a timely response, nor has the court been alerted to any agreed extension. See D.N.M. LR-Civ. 7.4(a). In accordance with D.N.M. LR-Civ. 7.1(b), the failure to file a response brief in opposition constitutes consent to grant the motion.

    NOW, THEREFORE, IT IS ORDERED, ADJUDGED, and DECREED that:

    (1) Defendant's Motion to Dismiss Injunctive Relief and Treble Damages Claims filed May 9, 2013 is granted; and

(2) The request for injunctive relief in ¶ 206 and for treble damages in ¶ 208 of the Plaintiff's Complaint  (Doc. 1) are dismissed as against Defendant Trans Union LLC with prejudice.

DATED this 7th day of June 2013, at Santa Fe, New Mexico.

/s/ Paul Kelly, Jr.
United States Circuit Judge
Sitting by Designation